**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIAN STEADMAN, | CASE NO. C14-0854JLR |
| Plaintiff, | SPECIAL VERDICT FORM |
| v. | |
| GREEN TREE SERVICING, LLC, | |
| Defendant. | |

ORDER- 1

We, the jury, being duly impaneled and sworn, provide the following answers to the questions submitted by the court:

### A. BREACH OF CONTRACT CLAIM

**Question No. 1:** Do you find that Mr. Steadman has proved that Green Tree breached its contract with Mr. Steadman?

Yes: _____

No: ✓

*If you answered "yes" to Question No. 1, proceed to Question No. 2. If you answered "no" to Question No. 1, skip Question No. 2 and proceed to Question No. 3.*

**Question No. 2:** What do you find is the amount of damages that Mr. Steadman is entitled to as a result of Green Tree's breach of the contract?

_____N/A_____

### B. BREACH OF THE IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING CLAIM

**Question No. 3:** Do you find that Mr. Steadman has proved that Green Tree breached its implied duty of good faith and fair dealing?

Yes: _____

No: ✓

*If you answered "yes" to Question No. 3, proceed to Question No. 4. If you answered "no" to Question No. 3, skip Question No. 4 and proceed to Question No. 5.*

1 **Question No. 4:** What do you find is the amount of damages that Mr. Steadman is
2 entitled to as a result of Green Tree's breach of the implied duty of good faith and fair
3 dealing?

4         N/A

5 **C. CONSUMER PROTECTION ACT CLAIM**

6 **Question No. 5:** Do you find that Mr. Steadman has proved that Green Tree violated the
7 Consumer Protection Act?

8     Yes: _____
9     No:  ✓

10 *If you answered "yes" to Question No. 5, proceed to Question No. 6. If you answered*
11 *"no" to Question No. 5, skip Question No. 6, sign and date the jury form, and notify the*
12 *courtroom deputy that you have reached a verdict.*

13 **Question No. 6:** What do you find is the amount of damages that Mr. Steadman is
14 entitled to as a result of Green Tree's violation of the Consumer Protection Act?

15         N/A

16 *Please sign and date this form, and notify the courtroom deputy that you have reached a*
17 *verdict.*

18     Dated this 11 day of June, 2015.

19
20
21                                     *[signature]*
22                                     Presiding Juror

ORDER- 3